IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KIMBERLY MURPHY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00602-P |
| | § | |
| **FUN TOWN RV DENTON,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendant Fun Town RV Denton's Motion to Dismiss for Failure to State a Claim (ECF No. 5) filed July 17, 2020. Plaintiff Kimberly Murphy subsequently amended her Complaint with Jury Demand on August 7, 2020 (ECF No. 9). As a result, Defendant's Motion is rendered moot by Plaintiff's Amended Complaint. Therefore, the Court finds that the Motion to Dismiss (ECF No. 5) should be and hereby is **DENIED as moot.**

SO ORDERED on this **10th day** of **August, 2020**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE